Nov. Term,
1856.

WYATT
v.
BRICKLEY.

*A. Ellison*, for the appellant.

---

## WYATT *v.* BRICKLEY.

*Tuesday,
January* 13,
1857.

APPEAL from the *Madison* Court of Common Pleas.

*Per Curiam.*—This was an action by the appellee against the appellant upon four promissory notes. The defendant filed an answer, to which the plaintiff replied. The cause was submitted to the Court, who found for the plaintiff 909 dollars. New trial refused and judgment.

In this case no errors are assigned, no briefs are filed, nor does the record show any exception to the rulings of the Court.

The judgment is affirmed with 7 per cent. damages and costs.